UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-61955-Civ-COOKE/WHITE
(10-60046-Cr-COOKE)

JEFFREY ST. LOUIS,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING CERTIFICATE OF APPEALABILITY

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(1)(B), Rules 8 and 10 of the Rules Governing Section 2255 Cases in the United States District Courts, and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 3). On September 18, 2015, Judge White issued a Report of Magistrate Judge (ECF No. 4) recommending that (i) Jeffrey St. Louis' Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 1) be dismissed with prejudice as time-barred; (ii) a certificate of appealability be denied; and (iii) this case be closed.

Movant Jeffrey St. Louis filed a Motion Requesting Extension of Time 30 Days [sic] (ECF No. 5) seeking thirty additional days to file objections to Judge White's Report, which I granted. *See* ECF No. 6. Movant has not filed objections to Judge White's Report of Magistrate Judge, and the time to do so has passed. I have considered Judge White's Report of Magistrate Judge and have made a *de novo* review of the record. I find Judge White's Report of Magistrate Judge clear, cogent, and compelling.

It is **ORDERED and ADJUDGED** that Judge White's Report of Magistrate Judge (ECF No. 4) is **AFFIRMED and ADOPTED**. Accordingly, Jeffrey St. Louis' Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 1) is **DISMISSED** *with prejudice* as time-barred.

It is **FURTHER ORDERED and ADJUDGED** that Petitioner has not demonstrated that "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003); *accord Lott v. Attorney Gen., Fla.*, 594 F.3d 1296, 1301 (11th Cir. 2010) (explaining that a "petitioner need not show he will ultimately succeed on appeal" in order to warrant a certificate of appealability). Accordingly, this Court **DENIES** a Certificate of Appealability in this case.

The Clerk is directed to **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 24th day of November 2015.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Jeffrey St. Louis*, pro se
*Counsel of Record*